UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| ANDREW MELONSON, | CIV. NO. 2:15-1466 WBS DAD |
|---|---|
| Plaintiff, | |
| v. | ORDER OF RECUSAL |
| TARGET CORPORATION, | |
| Defendant. | |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Target Corporation.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

1

Dated:  July 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE