MICHELLE R. BARRETT, Bar No. 197280
mfalconer@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

KELSEY E. PAPST, Bar No. 270547
kpapst@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916. 561.0828

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| ANDREW MELONSON,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 2:15−CV−01466−TLN−CKD (TEMP)<br><br>**NOTICE OF SETTLEMENT**<br><br>**[Local Rule 160]** |

NOTICE OF SETTLEMENT

Firmwide:139074512.1 052067.1488

Case No. 2:15−CV−01466−TLN−CKD (TEMP)

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

| | |
|---|---|
| 1 | TO THE HONORABLE TROY L. NUNLEY, TO THE CLERK OF |
| 2 | THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF |
| 3 | CALIFORNIA, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |

PLEASE TAKE NOTICE that Plaintiff Andrew Melonson and Defendant Target Corporation have reached a final resolution of this case as of March 3, 2016. The parties are in the process of preparing a joint Stipulation and [Proposed] Order to Dismiss Action Pursuant to Rule 41(A) of the Federal Rules of Civil Procedure, which they intend to file within 21 days of the parties' agreement, or no later than March 24, 2016, pursuant to Local Rule 160(b). The parties hereby request that all remaining deadlines set forth in the Court's Status (Pretrial Scheduling) Order dated October 21, 2015, including the February 13, 2017 date set for trial, be stayed pending entry of an order of dismissal.

Dated: March 15, 2016         LITTLER MENDELSON, P.C.

/s/ Kelsey E. Papst
MICHELLE BARRETT FALCONER
KELSEY E. PAPST
Attorneys for Defendant
TARGET CORPORATION

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

NOTICE OF SETTLEMENT

Case No. 2:15−CV−01466−TLN−CKD (TEMP)

Firmwide:139074512.1 052067.1488